# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 31991 |
| Jennifer L Dawkins ) | HON. A. BENJAMIN GOLDGAR |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on April 28, 2020, at 1:30 p.m. I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

That a party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on April 3, 2020.

/s/ *Aaron Weinberg*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-31991<br>Northern District of Illinois<br>Eastern Division<br>Fri Apr  3 10:59:03 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T Corp<br>c/o AT&T Services, Inc<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| CHECK N GO<br>Po Box 566027<br>Dallas, TX 75356-6027 | CREDIT MANAGEMENT LP<br>PO Box 118288<br>Carrollton, TX 75011-8288 | Capital One Bank<br>Po Box 30285<br>Salt Lake Cty, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Check into Cash<br>9165 W Cermak Rd<br>Riverside, IL 60546-1060 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 |
| City of Chicago - Parking and red Light Tick<br>121 N. LaSalle Street<br>Chicago, IL 60602-1202 | City of Chicago Department<br>Of Administrative Hearing<br>City of Chicago - DOAH C/O Arnold Scott<br>111 W. Jackson Ste 600<br>Chicago, IL 60604-3517 | (p)COMED<br>1919 SWIFT DR<br>OAKBROOK IL 60523-1502 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oak Brook, IL 60523-1502 | Crestwood Medical Center<br>1 Hospital Drive Southwest<br>Huntsville, AL 35801-3498 | Cris Auto Sales<br>1336 S Halsted St<br>Chicago Hts, IL 60411-2728 |
| DEPT OF EDUCATION/NELN<br>121 S 13TH ST<br>LINCOLN, NE 68508-1904 | Demetrius Henley<br>9202 Hunter Dr Apt 202<br>Tinley Park IL 60487-7432 | Dupage Medical Group<br>15921 Collection Center Dr<br>Chicago, IL 60693-0001 |
| ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | Enterprise Car Rental<br>600 Corporate Park Dr<br>Saint Louis, MO 63105-4211 | HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 |
| IL Tollway<br>PO Box 5544<br>Chicago, IL 60680-5491 | LANE BRYANT RETAIL/SOA<br>450 WINKS LANE<br>BENSALEM, PA 19020-5932 | Midland Funding<br>Po Box 939069<br>San Diego, CA 92193-9069 |
| Navient<br>PO Box 8961<br>Madison, WI 53708-8961 | Navient Solutions, LLC. on behalf of<br>United Student Aid Funds, Inc.<br>GLHEC and Affiliates<br>PO BOX 8961<br>Madison, WI 53708-8961 | Nicor Advanced Energy<br>PO Box 0632<br>Aurora, IL 60507-0632 |
| PLS Financial Services, Inc<br>One South Wacker Drive, 36th Floor<br>Chicago, IL 60606-4603 | Park Forest Water Dept<br>350 Victory Dr<br>Park Forest, IL 60466-2003 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| RENT A CENTER<br>1891 Jonesboro Rd<br>Mcdonough, GA 30253-5914 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Santander Consumer USA<br>ATT POC: Janiscia Jackson PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer USA Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | U.S. Department of Education c/o Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 |
| Jennifer L Dawkins<br>22400 Butterfield Rd<br>Apt 507<br>Richton Park, IL 60471-1925 | Jeremy M Nevel<br>The Semrad Law Firm, LLC<br>20 S. Clark St., Suite 2800<br>Chicago, IL 60603-1811 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 |
| Michael Spangler<br>The Semrad Law Firm, LLC<br>20 S Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Ryan P Crotty<br>The Semrad Law Firm, LLC<br>20 S Clark St, Fl 28<br>Chicago, IL 60603-1811 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ComEd<br>3 Lincokln Cetre<br>c/o Sabrina Copelan<br>Villa Park, IL 60181 | Portfolio Recovery Associates, LLC<br>c/o Lane Bryant<br>POB 41067<br>Norfolk VA 23541 | SPRINGLEAF FINANCIAL S<br>9365 THE LANDING DR STE<br>DOUGLASVILLE, GA 30135 |
| T-Mobile<br>PO Box 790047<br>Saint Louis, MO 63179 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     0<br>Total                  41 | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 18 B 31991 |
| Jennifer L Dawkins ) | HON. A. BENJAMIN GOLDGAR |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Jennifer L Dawkins, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtor states the following:

1. On November 14, 2018, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On January 8, 2019, this Honorable Court confirmed the Debtor Chapter 13 Plan.

3. The proposed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $295.00 monthly for 36 months.

5. Debtor has been working reduced hours due to the Covid-19 pandemic. Since the Debtor is a single mother with two children, she has also had to stager her work schedule around the fact that her two children are not in school as well because of the pandemic.

6. Debtor will be in a position to make plan payments going forward, if the payments are suspended during the months of April 2020, May 2020 and June 2020. Debtor's payroll shall resume as normal in July 2020.

7. Debtor respectfully requests this Honorable Court suspend the Chapter 13 plan payment for the months of April 2020, May 2020 and June 2020. Debtor's payroll shall resume as normal in July 2020. That Debtor's employer shall not deduct any payments for the Chapter 13 Trustee from the Debtor's wages during the months of April 2020, May 2020 and June 2020. The Debtor's employer shall resume the payroll deductions for the Chapter 13 Trustee in the month of July 2020.

8. Debtor is in a position to proceed with the instant case.

9. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order suspending the Chapter 13 plan payment for the months of April 2020, May 2020 and June 2020. Debtor's payroll shall resume as normal in July 2020. That Debtor's employer shall not deduct any payments for the Chapter 13 Trustee from the Debtor's wages during the months of April 2020, May 2020 and June 2020. The Debtor's employer shall resume the payroll deductions for the Chapter 13 Trustee in the month of July 2020; and

B. For such other and further relief as the Court deems fair and proper; and

Respectfully submitted,

*/s/ Aaron Weinberg*  
*Attorney for Debtor*  
The Semrad Law Firm, LLC  
20 S. Clark Street, 28th Floor  
Chicago, IL 60603  
312-913-0625